## Copyrights-In-Suit for IP Address 174.102.245.129

**ISP:** Road Runner
**Location:** Waukesha, WI

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Anneli Leila Menage A Trois | PA0001771662 | 01/13/2012 | 01/17/2012 | 02/25/2012 |
| Breakfast in Bed | PA0001787253 | 04/16/2012 | 04/17/2012 | 05/04/2012 |
| Connie True Love | PA0001775903 | 02/08/2012 | 02/17/2012 | 02/25/2012 |
| Lunchtime Fantasy | PA0001781702 | 03/19/2012 | 03/19/2012 | 04/12/2012 |
| Romantic Memories | PA0001790375 | 05/16/2012 | 05/16/2012 | 02/13/2013 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 01/18/2013 |
| Sneak N Peek | PA0001791522 | 06/01/2012 | 06/01/2012 | 06/02/2012 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 02/08/2013 |
| Wild Things | PA0001809287 | 10/05/2012 | 10/07/2012 | 10/07/2012 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 02/08/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 10**

EXHIBIT B

EWI2