Expanded Surveillance of IP Address 174.102.245.129

**ISP:** Road Runner
**Location:** Waukesha, WI

| Hit Date UTC | Filename |
|---|---|
| 02/13/2013 | x-art_connie_romantic_memories_1080.mov |
| 02/08/2013 | Virgin Runaways - Mandy Armani.avi |
| 02/08/2013 | DancingBear-Cum-ShotsInTheClub-121107.mp4 |
| 02/08/2013 | YoungSexParties - Two Guys Fucking Eager Teens - Dasha, Kseniya [720p].mp4 |
| 02/08/2013 | tlib_kennedy_leigh_480p_1000.mp4 |
| 02/08/2013 | Karl Marx - Capital (pdf) |
| 01/27/2013 | cr11181_800.mp4 |
| 01/25/2013 | Mastering the Art of French Cooking.pdf |
| 01/25/2013 | x-art_angelica_a_little_rain_must_fall_1080.mov |
| 01/18/2013 | d18_casanalei-wmvFullHigh-1.wmv |
| 01/18/2013 | leila.Ivy.sidebyside.wmv |
| 01/18/2013 | StudentSexParties_Steamy fuck session on Friday night_ImgZilla |
| 01/18/2013 | reg_danidaniels-wmvFullHigh-1.wmv |
| 01/04/2013 | Barely Legal #132.mp4 |
| 01/04/2013 | Exploited College Girls - Michelle.wmv |
| 01/04/2013 | Barely Legal #129 |
| 01/04/2013 | reg_danidaniels-wmvFullHigh-1.wmv |
| 12/13/2012 | Gerda.Hardcore.Lesson.YoungLegalPorn.2012.mp4 |
| 12/08/2012 | play_time_big.mp4 |
| 11/23/2012 | bmf10766_1500.mp4 |
| 11/23/2012 | Adult.Guidance.4.XXX.DVDRip.XviD-STARLETS |
| 11/23/2012 | Fresh.Outta.High.School.22 |
| 11/22/2012 | X-Art - Vacation Fantasy - Susie [720p].mov |
| 11/22/2012 | Anjelica_Zoe_Cock_Addicts_SD.mp4 |
| 10/14/2012 | Young and fresh - Tiffany Paige [720p].mp4 |
| 10/14/2012 | fnd_carol_1000K.mp4 |
| 10/14/2012 | Ariel Lee - Pussy So Pure [RealityKings] October 08, 2011.wmv |
| 10/14/2012 | NaughtyBookworms - Presley Hart [1080p].mp4 |
| 10/13/2012 | fuckable_frame_big.wmv |
| 10/13/2012 | Camping.Party.Extrem.German.XXX.DVDRip.XviD-CHiKANi |
| 10/13/2012 | Big.Dick.For.A.Cutie.2 |
| 10/13/2012 | Lust.Unleashed |
| 10/12/2012 | Party Time Lets Fuck.mp4 |
| 09/15/2012 | Song of the South [1946]DVDRip[Xvid]AC3 2ch[Eng]BlueLady.avi |
| 09/08/2012 | nbwmandyjohn_qt.mp4 |

EXHIBIT C

EWI2

| Hit Date UTC | Filename |
|---|---|
| 09/08/2012 | nafjuelzmick_qt.mp4 |
| 09/08/2012 | 1993-Sex |
| 09/08/2012 | Girlfriends Get Even #2 |
| 09/08/2012 | dtl_hollymichaels-mp4FullHigh-1.mp4 |
| 08/04/2012 | Drunk Sex Orgy - Geeky Gangfuck |
| 08/04/2012 | Bedtime_Stories_Web-DL |
| 07/28/2012 | 18YearsOld - Teen Brunette Cock Nympho - Lizz Tayler.mp4 |
| 07/28/2012 | Skin games (1985) |
| 07/28/2012 | 1992-The Visualizer |

EXHIBIT C