# File Hashes for IP Address 174.102.245.129

**ISP:** Road Runner
**Physical Location:** Waukesha, WI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/13/2013 00:44:47 | 2D0ABEC80AE2E8E28CC9CB5DDE8A864481D21188 | Romantic Memories |
| 02/08/2013 04:39:59 | 160B65F7395BAF38DE7F33FA92A555D255C9D2E5 | Working Out Together |
| 02/08/2013 00:38:22 | A7EAF90F9B7A2249EFF65B64C8F170B56DBC442C | Unforgettable View #2 |
| 01/18/2013 13:16:58 | 1814B177454C751B49FA72FB1B790D4F638B84D8 | Side by Side |
| 10/07/2012 15:57:14 | 5D8FDEC33834F6942536E75B136590BBB2EEA2B4 | Wild Things |
| 06/02/2012 06:27:04 | 54B087D975CA1B7D3553F0442B5DDE3DA3B70ECA | Sneak N Peek |
| 05/04/2012 21:03:42 | 0522756A5F18392D40FB2BF5D65F715C1D434B7D | Breakfast in Bed |
| 04/12/2012 21:14:05 | DC01C9734D05EC1F58F0F17E72AB2F363F0017A4 | Lunchtime Fantasy |
| 02/25/2012 16:48:22 | 71679AC10279FF767D09C054173F8FFCFB5D0F25 | Connie True Love |
| 02/25/2012 16:44:29 | 7AE244DF1D01586304027C12C7C010299830FEA0 | Anneli Leila Menage A Trois |

**Total Statutory Claims Against Defendant: 10**